# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MERRILEE H. KIELMANN,

    Plaintiff,

vs.                           CASE NO. 6:06-CV-457-ORL-19KRS

NATIONAL FINANCIAL SYSTEMS, INC.,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 46, filed October 22, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 46) is **ADOPTED and AFFIRMED.** The Court hereby **APPROVES** Plaintiff Merrilee H. Kielmann's acceptance of Defendant National Financial Systems, Inc.'s Offer of Judgment (Exhibit 1 to Doc. No. 42, filed September 21, 2007) as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. This file shall remain open for thirty (30) days from the date of this Order to allow the parties to determine the amount of attorney's fees to be paid to Kielmann's counsel or to file a motion for assessment of attorney's fees and costs. Thereafter this case will be **DISMISSED WITH PREJUDICE,** and the Clerk of the Court is directed to close this file after an order of dismissal is entered.

**DONE AND ORDERED** at Orlando, Florida, this __6th__ day of November, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record