**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MERRILEE H. KIELMANN,

    Plaintiff,

vs.     CASE NO. 6:06-CV-457-ORL-19KRS

NATIONAL FINANCIAL SYSTEMS, INC.,

    Defendant.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 52, filed March 14, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 52) is **ADOPTED and AFFIRMED.** The Motion for Attorneys' Fees and Costs (Doc. No. 48, filed December 6, 2007) is **GRANTED** as unopposed, and Plaintiff Merrilee H. Kielmann is awarded **$8755.00** for attorneys' fees. In addition, because of the fact that the costs sought in the Motion for Attorneys' Fees and Costs (Doc. No. 48) are the same as those costs listed in the Proposed Bill of Costs that already have been taxed by the Clerk (Doc. Nos. 49-50), the Motion for Attorneys' Fees and Costs (Doc. No. 48) is further **DENIED** with respect to the request for an additional award of costs.

**DONE AND ORDERED** at Orlando, Florida, this     9th     day of April, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record